IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUSTO VILLALVA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:13cv238-TMH |
| | ) | |
| ERIC HOLDER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER AND OPINION**

On July 16, 2013, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 3).  Upon an independent review of the file in

this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that this is TRANSFERRED to the United States District

Court for the Northern District of Alabama for all further proceedings.

Done this the 21st day of August, 2013.


 /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE